■ MARILYN MEDINA, Appellant, v CACTUS CAFE, INC., et al.,

Respondents. [601 NYS2d 795] —Order, Supreme Court, Bronx County (David B. Saxe, J.), entered on or about February 4, 1992, unanimously affirmed for the reasons stated by Saxe, J., without costs and without disbursements. No opinion. Concur —Murphy, P. J., Sullivan, Milonas, Asch and Nardelli, JJ.